*Monday, October 16, 2000*

## MOTION DOCKET

**00–1812. State v. Maxwell.**
Franklin App. No. 99AP–1177. This cause is pending before the court as a discretionary appeal and claimed appeal as of right. Upon consideration of appellant's motion for stay of execution of court of appeals' judgment pending appeal,

IT IS ORDERED by the court that the motion for stay of execution of court of appeals' judgment

pending appeal be, and hereby is, granted.

PFEIFER, J., dissents.

## MISCELLANEOUS DISMISSALS